# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1904
_____

DEBRA J. CHANDLER,

    Appellant,

    v.

OAK PARK VILLAGE LLC (RHP
Properties in Michigan),

    Appellee.

_____


On appeal from the County Court for Alachua County.
Meshon Rawls, Judge.


October 2, 2024

PER CURIAM.

    The Court dismisses the appeal as untimely filed. *See* Fla. R. App. P. 9.110(b).

ROBERTS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Debra J. Chandler, pro se, Appellant.

Brandi Wilson of Quintairos, Prieto, Wood & Boyer, P.A., Tampa,
for Appellee.